# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Government Services Corp. ) ASBCA Nos. 59246, 59247
) 59248, 59312
)
Under Contract Nos. SP0600-11-D-4009 )
SP0600-12-D-4517 )
SP0600-12-D-4552 )
SP0600-13-D-4512 )

APPEARANCE FOR THE APPELLANT: Gregory R. Rauch, Esq.
Magyar, Rauch & Thie, PLLC
Moscow, ID

APPEARANCES FOR THE GOVERNMENT: Daniel K. Poling, Esq.
DLA Chief Trial Attorney
Matthew Butsick, Esq.
Kelly Tischler, Esq.
Marit Bank, Esq.
Trial Attorneys
DLA Energy
Fort Belvoir, VA

## ORDER OF DISMISSAL

The appeals have been withdrawn. Accordingly, they are dismissed from the Board's docket with prejudice.

Dated: 26 February 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59246, 59247, 59248, 59312, Appeals of Government Services Corp., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals